CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, | Case No.: 2:20-cv-01392-RGK-JPR |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **Ross Stores, Inc.**, a Delaware Corporation; and Does 1-10, | |
| Defendants. | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.


CENTER FOR DISABILITY ACCESS


Dated: June 22, 2020          By: /s/ Amanda Seabock

Amanda Seabock
Attorney for Plaintiff