CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Lockhart Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

KRISTINA M. LAUNEY (SBN: 221335)
klauney@seyfarth.com
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

ASHLEY N. ARNETT (SBN: 305162)
aarnett@seyfarth.com
SEYFARTH SHAW LLP
601 South Figueroa Street, Suite 3300
Los Angles, CA 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
Attorneys for Defendant
Ross Stores Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ROSS STORES, INC., a Delaware Corporation; and Does 1-10,<br><br>　　　Defendants. | Case: 2:20-CV-01392-RGK-JPR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 17, 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: August 17, 2020     SEYFARTH SHAW LLP

By: /s/ Ashley N. Arnett
    Kristina M. Launey
    Ashley N. Arnett
    Attorneys for Defendant
    Ross Stores, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Kristina M. Launey, counsel for Ross Stores, Inc. and that I have obtained Ms. Launey's authorization to affix her electronic signature to this document.

Dated: August 17, 2020       CENTER FOR DISABILITY ACCESS

                                      By: /s/ Amanda Seabock
                                            Amanda Seabock
                                            Attorneys for Plaintiff